# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| JERRY BURKHART,<br>*Plaintiff*<br><br>v.<br><br>UNIVERSITY INTERSCHOLASTIC LEAGUE (UIL), MICHAEL MOTHERAL, ARTURO CAVAZAOS, JAMES COLBERT, JR., CURTIS CULWELL, JOHANNA DENSON, PAUL GALVAN, LEANDRO GONZALES, JR., EDNA KENNEDY, GLEN TEAL, MARSHALL SCOTT, III, CARLA VOELKEL, DARYL WADE, DAVE LEWIS, JENNIFER BORDNER, JACK GRAVES, and LEON FREEMAN,<br>*Defendants* | Case No. 1:22-cv-01026-RP |

## ORDER

Before the Court are Plaintiff's Opposed Motion for Expedited Hearing and Expedited Discovery, filed October 19, 2022 (Dkt. 10); Defendant's Response, filed October 26, 2022 (Dkt. 12); and Plaintiff's Reply, filed October 27, 2022 (Dkt. 14). By Text Order entered October 27, 2022, the District Court referred the Motion to the undersigned Magistrate Judge for disposition pursuant to 28 U.S.C. § 636(b)(1)(A), Federal Rule of Civil Procedure 72, and Rule 1(c) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas.

The Court hereby **ORDERS** the parties to appear for a hearing on Plaintiff's Motion on **November 14, 2022 at 2 p.m.** in Courtroom Six on the Sixth Floor of the United States Courthouse, 501 West Fifth Street, Austin, Texas 78701.

**SIGNED** on November 2, 2022.

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE